Joe CATENAZZO, Plaintiff–Appellee

v.

TEXAS DEPARTMENT OF ASSIS-TIVE AND REHABILITATIVE SER-VICES formerly known as Texas Re-habilitation Commission, Defendant–Appellant.

No. 06–41342.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2007.

Kathleen Lanell Day, Law Office of Kathleen L. Day, Corpus Christi, TX, Bob-by Dewayne Brown, Albany, GA, for Plain-tiff–Appellee.

Russ Harris, Shelley Nieto Dahlberg, Office of the Attorney General General Litigation Division, Austin, TX, for Defen-dant–Appellant.

Before DAVIS, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

Jesse Lee OWENS, Jr., Deceased; Bar-bara Shorts, Mother and Representa-tive of Estate of Jesse Lee Owens Jr.; Jesse Lee Owens, Sr., Father of Jesse Lee Owens Jr., Plaintiffs–Appellants

v.

CITY OF AUSTIN, City of Austin Police Department; Stan Knee, as Chief of Police, in his Official and Individual Capacities; Scott Glasgow, in his Of-ficial and Individual Capacities, De-fendants–Appellees.

No. 06–50763.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2007.

